IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAHEEM JONES,<br>*Petitioner*<br><br>v.<br><br>THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA *et al.*,<br>*Respondents* | :<br>:<br>: CIVIL ACTION<br>:<br>:<br>: No. 21-3148<br>:<br>: |

## O R D E R

**AND NOW**, this ___ day of January, 2023, upon careful and independent consideration of Raheem Jones's Petition for Writ of *Habeas Corpus* (Doc. No. 2), Respondents' Response in Opposition thereto (Doc. No. 22), Mr. Jones's Reply to Respondents' Response In Opposition to Mr. Jones's Petition for *Habeas Corpus* (Doc. No. 54), Magistrate Judge Carol Sandra Moore Wells's Report and Recommendation (Doc. No. 55), and Mr. Jones's failure to file any objections to the Report and Recommendation, it is hereby **ORDERED**:

1. The unopposed Report and Recommendation (Doc. No. 55) is **APPROVED** and **ADOPTED**;

2. Mr. Jones's Petition for Writ of *Habeas Corpus* (Doc. No. 2) is **DISMISSED** as set forth in the Report and Recommendation and the accompanying memorandum;

3. A Certificate of Appealability shall not issue; and,

4. The Clerk of Court shall mark this matter **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE